# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**LISA PIERUCCI , individually and**
**on behalf of all others similarly situated,**

       Plaintiff

                                              **Civil No. 2:20cv455**

v.

**HOMES.COM, INC.,**

       Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss ECF 45 is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice.

DATED:  12/23/2020                                FERNANDO GALINDO, Clerk

                                                                By _____/s/_____
                                                                        Deputy Clerk